UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PETER LANCE, an individual, | CASE NO. 2:23-cv-655 |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SAFECO INSURANCE COMPANY OF AMERICA, a foreign insurance company, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

On March 29, 2024, Plaintiff filed a notice of settlement. Dkt. No. 14. The Court STRIKES the remaining hearings, deadlines, and trial date. The Court ORDERS the parties to file a stipulated dismissal pursuant to Fed. R. Civ. P. 41 or provide the Court with a joint status report regarding their progress in perfecting settlement within 60 days of entry of this order.

Dated this 29th day of March 2024.

MINUTE ORDER - 1

Ravi Subramanian

Clerk

*/s/ Kathleen Albert*

Deputy Clerk

MINUTE ORDER - 2