**Honorable Jamal N. Whitehead**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PETER LANCE, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a foreign insurance company,<br><br>　　　　　Defendant. | No. 2:23-cv-00655-JNW<br><br>**STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS**<br><br>**(CLERK'S ACTION REQUIRED)** |

## I. STIPULATION

The undersigned parties stipulate that all claims and causes of action of Plaintiff Peter Lance be dismissed with prejudice and that the Order below dismissing this case with prejudice may be entered.

Dated this 1st day of April, 2024.　　　　　Dated this 1st day of April, 2024.

FORSBERG & UMLAUF, P.S.　　　　　　　LETHER LAW GROUP

*s/ Daniel L. Syhre*　　　　　　　　　　　　　*s/ Kevin J. Kay*
Matthew S. Adams, WSBA #18820　　　　Kevin J. Kay, WSBA #34546
Daniel L. Syhre, WSBA #34158　　　　　　*Attorneys for Plaintiff*
*Attorneys for Defendant Safeco Insurance Company of America*

---

Stipulation and Order of Dismissal of All Claims – 1
Cause No.: 2:23-cv-00655-JNW

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

4868-8929-4523, v. 1

## II. ORDER

THIS MATTER having come on before the above-entitled court on the stipulation of the undersigned parties, now, therefore it is ORDERED that this case is dismissed with prejudice and without an award of attorney fees and costs to either party.

Dated: May 2, 2024

_____
Jamal N. Whitehead
United States District Judge

Presented by:

FORSBERG & UMLAUF, P.S.

*s/ Daniel L. Syhre*
Matthew S. Adams, WSBA #18820
Daniel L. Syhre, WSBA #34158
*Attorneys for Defendant Safeco Insurance Company of America*

LETHER LAW GROUP

*s/ Kevin J. Kay*
Kevin J. Kay, WSBA #34546
*Attorneys for Plaintiff*

Stipulation and Order of Dismissal of All Claims – 2
Cause No.: 2:23-cv-00655-JNW

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

4868-8929-4523, v. 1